**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00710-CV

## IN THE INTEREST OF: T.N.A., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1094-W-304**

## ORDER

Attorney April E. Smith's motion to withdraw as appointed counsel is **GRANTED**. We

**DIRECT** the Clerk of the Court to remove April E. Smith as counsel of record for appellant Tara

Alston. We **DIRECT** the Clerk of the Court to send a copy of this order and all future

correspondence to Tara Alston, 1409 E. Loop 12 #309, Irving, Texas 75061.

/s/      KERRY P. FITZGERALD
JUSTICE